# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 495 |
| | : | |
| AMENDMENT OF RULES | : | JUDICIAL ADMINISTRATION DOCKET |
| 701 AND 706 OF THE RULES OF | : | |
| JUDICIAL ADMINISTRATION | : | |

## ORDER

**PER CURIAM:**

   **AND NOW**, this 12th day of January, 2018, Rules 701 and 706 of the Pennsylvania Rules of Judicial Administration are amended to read as attached hereto.

   To the extent that notice of proposed rulemaking would be required by Rule 103 of the Pennsylvania Rules of Judicial Administration or otherwise, the amendment of Rule 701 and 706 is hereby found to be required in the interest of justice and efficient administration.

   This Order shall be effective immediately and shall be processed in accordance with Rule 103(b) of the Pennsylvania Rules of Judicial Administration.

Additions are in bold and underlined.
Deletions are in bold and bracketed.